

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-21-00199-CR |
| BILAL MUHAMMAD, | § | Appeal from the |
| | § | 168th Judicial District Court |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 20160D01015) |

## ORDER

The Court has received and has pending the following Motions from Bilal Muhammad:

1. En Banc Reconsideration & Bill of Review & Writ of Error (Received April 22, 2022)

2. Anti-Slapp Motion (Received March 23, 2022)

3. Motion for Reconsideration (Received March 17, 2022) (and re-named as a Motion for Rehearing by letter received March 21, 2022).

The State is ordered to file responses (either separately or in one consolidated filing) to these filings by May 15, 2022.

IT IS SO ORDERED this 6th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.